- 1 -

**E-FILING**

**FILED**

JUN 05 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| Your Name: | Ludmila Boiko |
| Address: | 901 Capitola Rd. Unit D, 95062 Santa Cruz, CA |
| Phone Number: | 831-325-6402 |
| Fax Number: | |
| E-mail Address: | ludmilaboiko@hotmail.com |

Pro Se Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ludmila Boiko | Case Number **CV 18 3324** NC *[leave blank]* |
| Plaintiff, | **COMPLAINT** |
| vs. | |
| Santa Cruz County | **DEMAND FOR JURY TRIAL** |
| | Yes ✓ No ☐ |
| Defendant. | |

### PARTIES

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

| | |
|---|---|
| Name: | Ludmila Boiko |
| Address: | 901 Capitola Rd. Unit D, 95062 Santa Cruz, CA |
| Telephone: | 831-325-6402 |

COMPLAINT

PAGE ____ OF ____ *[JDC TEMPLATE – Rev. 05/2017]* - 1 -

2.  Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name:    Santa Cruz County

Address:  701 Ocean St., Room 520, Santa Cruz, CA 95060

Telephone: _____

Defendant 2:

Name: _____

Address: _____

Telephone: _____

Defendant 3:

Name: _____

Address: _____

Telephone: _____

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3.  My case belongs in federal court

[✓] under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] 42 U.S.C. Sec. 9501, 42 U.S.C. Sec. 1983, 42 U.S.C. Sec. 1985 _____.

[ ] under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

- 2 -

1 | **VENUE**

2 | [*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin,*
3 | *Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or*
   | *Sonoma. If one of the venue options below applies to your case, this District Court is the correct*
4 | *place to file your lawsuit. Check the box for each venue option that applies.*]

5 |    4.    Venue is appropriate in this Court because:

6 | ☑ a substantial part of the events I am suing about happened in this district.

7 | ☐ a substantial part of the property I am suing about is located in this district.

8 | ☐ I am suing the U.S. government, federal agency, or federal official in his or her

9 |    official capacity <u>and</u> I live in this district.

10 | ☐ at least one defendant is located in this District and any other defendants are

11 |    located in California.

12 |

13 | **INTRADISTRICT ASSIGNMENT**

14 | [*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First*
15 | *write in the county in which the events you are suing about happened, and then match it to the*
   | *correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa,*
16 | *San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San*
   | *Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake,*
17 | *Mendocino counties, only if all parties consent to a magistrate judge.*]

18 |    5.    Because this lawsuit arose in <u>Santa Cruz</u> County, it should be
19 | assigned to the <u>San Jose Division</u> Division of this Court.

20 |

21 | **STATEMENT OF FACTS**
22 | [*Write a short and simple description of the facts of your case. Include basic details such as <u>where</u>*
   | *the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate,*
23 | *numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

24 |    See attached.

25 | _____

26 | _____

27 | _____

28 | _____

COMPLAINT

## Statement of Facts

6.      It is not about conservatorship, it is about **genocide/gentrification** by the system

to legalize **cruelty and torture** by **psychiatric degrading treatment** and my daughter

**one of the victims** of that **world class action**.

7.      The system **kidnapped** my vulnerable depended adult daughter when I filed for a

conservatorship in March 2014, because she got injured by **Traumatic Brain Injury** in

the **road bike accident** in July 2010.

8.      It was no substantial evidence at all to lock my daughter up in **locked psychiatric**

**facility**, instead of seeking appropriate diagnosis and treatment through psychology-

neurology department.

9.      The **term gravely disabled condition** was **fraudulently used** to allow Public

Guardian to conserve my daughter initially away from her family and whenever do

whatever they needed.

10.      It was a pathological lie after lie created in the name of **gravely disabled**

**condition** to turn my daughter into **system slave** and trade her for money away from her

family.

11.      It was intentionally planned and facility in the different County Napa was

contracted by Santa Cruz County to **heavily brainwash** my daughter by **psychiatric**

**degrading treatment** away from her family, so we do not know what they are doing to

our daughter. It was **not** done for her **well-being and safety** and or family peace and

quiet.

12.    My daughter **became a hostage** of the **Mental Health system**. Not just one time the system repeatedly tortured my daughter by **false imprisonment** in **jail to treat** her **gravely disabled condition**.

13.    The **hatred** was **spread out** against me to **block** me **from help to free my daughter** from **cruel** and **dangerous system**.

14.    **Slander, harassment, terror, character assassination, and targeting** was followed me ever since they stole my daughter and I began to fight for her life, well-being and safety and at the same time for my life.

15.    The system used **HIPAA law** to **isolate** my daughter from her family and from normal society and **keep** their degrading
her treatment **in the dark**.

### False Arrests/Civil Rights/Civil Liberties/Institution of
### False Charge/Spread Out Hatred Against A Complainer

16.    This is about outrageous wild torture and time taken to play set up game over handicapped, incapable psychologically, teenager's mentality, fragile person. It looks like a secret conspiracy and knowledgeable agreement between agencies that do not allow my daughter to get USA citizenship.

17.    Does my daughter have to die to get an attention of society to outrageous power abuse of authorities and especially in Mental Health System? She was nearly death not just one time and was turned into vegetables and it was not enough to get an attention of CA Attorney General, CA Governor, US Attorney General and etc....Why it is so difficult to prevent human degradation? Why need to wait when patient dies that it could get an attention of attorneys and society? It is so difficult to get people in the victim's team against power abuse, nobody wants troubles and power elite uses its power

dangerously. Santa Cruz County Behavioral Health Division (SCCBHD) and Public Guardian got covered up and protected by Santa Cruz County Administration that untouchable and above the law umbrella. County workers, highly paid "servants of people", are always on the first place of County care as "one team players" and try to cover up its officers' misconduct and do not allow the appropriate investigation to collect accumulated for years hard evidence and material facts of inhuman treatment.

18.      County does not care if somebody's life, who is not power elite or one of them, got jeopardized by set up intentional misconduct of power abuse. County do anything to shut up victims and complainers and tried to stop me, 60 y.o. mother, physically permanently disabled, by exercising outrageous cruel torture against me at my own home. County also did allow any entity to help me to help my daughter to survive dangerous County power abuse and intentional neglect. They do whatever is easier for them and it is very easy for them to torture my daughter by doing nothing for her or help her to fail using their service mismatch, greedy rude interference in the family, professional inadequacy and simply scare her teenager's mentality. Every County Department acts like they all immune from punishment. SCCBHD continuously torturing my daughter and me for six years already and nothing helps against County employees' power for inhuman torture. They use her teenager's mentality to scare, threaten, isolate, corrupt her mind, keep away from second opinion, from legal representation in her interest and keep away from her family. My daughter required 24/7 supervision as a protection against perpetrators, career criminals, gangs, drugs sellers, homeless and in another word all dangerous people in the society, only because she is incapable to stand up for herself, for her human and patient's rights and people are constantly taken an advantage of her.

SCCBHD and Public Guardian do to protect her from dangerous society by placing her to psychiatric locked facility and far away from family with others, those already degraded vegetables. They scheduled her to get in and increase the rows of degraded patients under heavy psychiatric degrading mistreatment and allow criminals to continue hurting vulnerable, teenager's mentality, traumatic brain injured, and dependent adult.

19.        My daughter was sent to **Crestwood facility in Napa County** for three terms from February 2014 to November 2017 under three different Public Guardian conservatorships that were obtained specifically for that purpose. My daughter was kidnapped just for business between two Counties. The website for the **Crestwood Center in Napa County** that operates under contract with **Santa Cruz County** is **outdated** and does not reflect the true reality. The entire Mental Health system is **corrupted** and **spoiled** by **unlimited power** and operate the same way like criminals and by **pathological lies**. It is a **business** relationship between two entities and my daughter is a piece of cake for their tiger mouths. My daughter even is a very wrong client for that program that designed to heavily brainwash clients and make them sleep, but not to recover. My daughter was constantly robbed and facility director refused to take responsibility and reimburse for all missing stuff and belongings. Refused to discipline unethical doctor Nathan Thuma and who behaved very rude and disrespected the mother and already was under CA Attorney General investigation but facility acted like they are unaware of that.

20.        The facility also exemplifies **Crestwood's commitment** to providing mental health clients with the kind of care that puts them on the road to recovery. All clients at this center, regardless of their treatment focus or their specific program details, are

eligible to participate in the Wellness Recovery Action Plan (WRAP) program, a self-help recovery system designed to decrease symptoms, increase personal responsibility and improve their quality of life.

21.     **Crestwood Center at Napa Valley** takes a trauma-informed approach to care. Understanding the trauma a person has experienced and the impact it has on their lives and behavior, and understanding the vulnerabilities or triggers are essential to helping a client reach their recovery potential. The understanding of a client's experiences strengthens and helps to build a rapport with them. It also builds a **trust** and understanding which enables us to intervene successfully and help us to develop approaches that do not exacerbate or re-traumatize them. This trauma informed approach facilitates the clients healing and recovery process as well as empowers them. *"To the world we may be one person, but to one person we may be the world." –Unknown*

22.     **Crestwood Center at Napa Valley** offers Dialectical Behavior Therapy (DBT). DBT is a form of therapy developed by Marsha Linehan Ph.D. at the University of Washington that is an evidence-based practice used to treat clients with Borderline Personality Disorder. DBT assists clients in learning skills to help them to regulate their emotional responses to situations that occur in their lives that they may have previously responded to in a self-destructive or aggressive manner.

23.     Judge said no hearing.  Judge implemented LPS conservatorship.  Judge said could not be conservator b/c daughter has real estate property.

24.     My daughter was not in condition to be locked up. The system began to corrupt my daughter's mind and turn her against family.

### 7th Avenue Center

25.     7th Avenue Center is a State of California Department of Health Care Services licensed and certified, 99 bed, secured Mental Health Rehabilitation Center (MHRC). The services provided are for adults, aged 18 years and older, throughout the State of California.

26.     7th Avenue Center, LLC began providing services in 1999, filling a state-wide need for rehabilitative care. Company founders began working in the mental health field in the 1980s, providing residential services in Santa Clara County. They worked closely with local mental health agencies to create innovative programs to serve the needs of the community and the mental health population.

27.     7th Avenue Center serves approximately 220 individuals per year. We contract with over 16 counties in the state of California, as well as the Department of Veteran Affairs and private individuals. With over 16 years of operation, 7th Avenue Center is highly experienced at serving the needs of a wide variety of individuals.

28.     7th Avenue Center provides person-centered services to assist residents with their efforts to gain hope and achieve the highest level of mental, social and physical wellness. We provide quality care and services that are consistent with, or exceed, best practices in the behavioral health field.

29.     7th Avenue Center provides services to male and female individuals, ages 18 year and older. The individuals receiving services at 7th Avenue Center are affected by severe and persistent mental illness. While residing at 7th Avenue Center, residents focus on personal goals geared towards increasing independence and integration into the community. Primary diagnoses of residents at 7th Avenue Center include schizophrenia, schizoaffective disorder, other psychotic disorders, major depression and bipolar

disorder. Many residents are dually diagnosed with a substance abuse disorder.

Individuals are under conservatorship during their residency at 7th Avenue Center.

30.         There is no set amount of time a resident must stay at 7th Avenue Center. The

average length of stay is three to six months, although a resident may stay a shorter time

if their treatment goals are achieved.

## SANTA CRUZ COUNTY ADMINSTRATION:

31.         Refused to investigate and respond on my ongoing Grievances of unfair medical

practices.

32.         Keep its eyes closed on violation of ethics by County BHD doctors.

33.         Impressed like totally corrupted entity that does not operate by Rule of Law.

34.         Intentionally set up ongoing unfair practices in order to build up false criminal

history against gravely disabled person that was not able to understand what they are

doing. Many times claimed by me missing, but SCCBHD did not help me to locate and

bring her for appropriate medical care and never stopped Law Enforcement constantly

delivered my teenager's mentality daughter in muscle atrophy to jail first and only then

transfer to Telecare Crisis Center.

35.         Allowed false imprisonment of vulnerable teenager's mentality innocent naïve

immature developmentally disabled depended adult.

36.         Kidnapping, imprisonment for inappropriate examination and heavy brainwash

under secret conspiracy in professional inadequacy in another Napa County away from

family - 28 CFR 549.43 - Transfer for psychiatric or psychological examination

37.     BHD service mismatch enforced of authoritarian regime implemented greedy
rude interference in the family, fraudulently took over my daughter to he her for
psychiatric degrading treatment.

38.     42 U.S. Code § 2000dd–0 - Additional prohibition on cruel, inhuman, or
degrading treatment or punishment

39.     Misdiagnosed, mistreated and mismanaged-28 CFR Part 549, Subpart C -
Psychiatric Evaluation and Treatment

## SANTA CRUZ COUNTY PUBLIC GUARDIAN:

40.     Since February 2014 until current, illegally and repeatedly not just one time
conserved my teenager's mentality vulnerable daughter by avoiding the steps for
procedure published on its website:

http://www.santacruzhealth.org/HSAHome/HSADivisions/BehavioralHealth/PublicGuar
dian.aspx

41.     Knowledgably and willfully set up inhuman torture by misdiagnosis, mistreatment
and mismanagement without a plan for success, but always with their plan for power
abuse of vulnerable teenager's mentality mind, isolation from society, providing over
medicated treatment with no therapy treatments from many PTS and neglect of heavily
brainwashed down to making her gravely disabled and walking at the edge of her grave.

42.     Never did its job and failed to execute its duty to take care of finances, obtaining
benefits, proper housing, correct diagnosis, proper treatment and proper management, but
instead and in opposite built obstacles when I tried to get benefits or proper care for my
daughter.

43.     Does maintain the secret conspiracy with Public Defender, Patient Advocate, Ombudsman, County Council, Behavioral Health Division, Health Agency, Sheriff Department, DAO and Santa Cruz County Superior Court to take an advantage of vulnerable easy for them clients to fill up their paychecks and locked up my daughter away in the different County out of their eyes and her family care.

44.     Intended to send to facilities contracted by Santa Cruz County to heavily brainwash to disable, disorient and degrade forever.

45.     Did set up unnecessary deep psychiatric degrading treatment out of the County in Napa County with contracted with the them Crestwood facility under care of unethical psychiatrist Nathan Thuma, who was provided cruel degrading treatment and was under CA Attorney General investigation.

46.     Its ongoing power abuse and intentional neglect made my daughter homeless and degraded that easily helped them to claim my daughter gravely disabled to get her under their care just for one thing to get their paychecks.

47.     Public Guardian blocking her from appropriate and necessary medical appointments. She does not have any income right now. They stopped her income and I have to support her with my SSI of $910.00. They try to make our life as hard as they can.

## ADULT PROTECTIVE SERVICES:

48.     Full ignorance of my valid complaints of ongoing power abuse and intentional neglect of vulnerable depended adult.

49. Full support for abusers and power elite with attempt to build false accusations against me and help to isolate my daughter away from her family.

### 42 U.S. Code § 9501 - Bill of Rights

50.      Set up secret conspiracy with Santa Cruz County and Superior Court of Santa

Cruz County to avoid all available resorts for beneficial conservatorship by husband,

mother, brother, father, friends or other eligible person or entity over teenager's

mentality, vulnerable, insecure depended adult and bring last resort of Public Guardian on

the first position out of any competitions.

51.      The use of Public Guardian power for their high monthly paychecks only and

against well-being and safety of the conservatee by unjustifiable involuntary

imprisonment without a choice in locked facility far away from family and from their

responsibility in the different Napa County for abusing degrading treatment by strangers

and psychiatrist under CA Attorney General investigation.

52.      Ongoing secret conspiracy in complete dark and refusal to notify the family about

all hearings for all three different conservatorships in four years and cooperate with

family for success in treatment plan. Refusal to notify family about admittance and

discharge, obtaining false statements from its conservatee under threats and pressure

being to lock up again in psychiatric facility.

53.      Ignorance of complaints about abuse and intentional neglect of vulnerable

depended adult for a proper medical care and reasonable supervision for well-being and

safety of immature, teenager's mentality hopeless, helpless for adult life and constant

victim of perpetrators, not for a someone who is a criminal and capable to hurt other

people, misdiagnosis, mistreatment, mismanagement and human and patient's rights

violation.

54.        There is no help for us at CA AGO, CA Governor, and no justice at Santa Cruz
County Superior Court or Appellate Court. I tried and it does not work. The entire State
demonstrated that they are not willing to investigate or Judge Santa Cruz County unfair
practices and nobody interesting in my daughter's life. We are with my daughter County
hostages and they can do anything they want. I was told to call Sheriff Department only if
I go shot. And who can shot me? It is our neighbors, because I was not aware that they
are gangs, and complained against nuisances and illegal activities day and night. Sheriff
Department knew who they are and continue covering their illegal activities and crimes
up. We need a protection here even against DAO. All listed above County Departments
are extremely dangerous and running by monsters and evils. I know they want us dead
too. We are alone against a huge County team of beasts and gangs. I can watch my back,
but still can get hurt. My daughter is not capable to protect herself and easily gets
victimized. Her promising at the beginning life was jeopardized at first without
possibility to start over. I had some success in my life. I was famous gymnast in fifteen
best gymnasts if the World once upon a time, but she even did not have a life yet, because
the adaptation fell and we've been taken an advantage as naïve people.

55.        Equal treatment and equal rights do not exist in Santa Cruz County. According to
Constitution it should exist. We lived in total and ongoing torture and we lost years and
years that we could spend for rehabilitation, but instead it went down the drain and we
both gained more PTS. It is very dangerous to fight power abuse and my daughter right
now continue to afraid of them and keep her own life and health in danger every day,
because in our Country I taught her to respect authorities and older people. But here she
was taught that her family is her enemy and she should believe any stranger instead. This

is where her all problems comes from. This is why she needs San Andreas services, but she blocked by SCCBHD to obtain those appropriate for her services. And they block me to help her to obtain every single benefit. They create a night mare for me to get her benefits that she is entitled to. They using my daughter's teenager's mentality and warming up her rebellion against help, disorienting her and stealing from her. She has hard time to learn that nobody is going to protect her and every time she scared she runs away from people and hide in woods. She began to think that abuse and neglect is normal and it is her fault. Her disability income was terminated on 10/01/2017 and before that on February 2017 they lowered it down to $644.00, because she wanted to stay with me. She has no money for cigarettes, close, shoes, for her favorite food and entertainment, movie, computer, phone, transportation and so necessary vacation from all that abuse.

56.     Dates: March 14, 2017, psychiatrist, doctor Nair refused to provide necessary medical care for my daughter. Her coordinator Ernesto Cervantes dropped her at the beach instead of placing her in the facility for 24 hours care for examination, evaluation and therapy. She got straight into hands of con artist and got robbed very next day.

57.     Every day until March 24, 2017, I tried to knock SCCBHD doors and screamed for help.

## SANTA CRUZ COUNTY ADMINISTRATION:

58.     County Administrator is none responsive at all. My complaints are not investigated and requests for an appointment ignored.

59.     Unfair practices by Law Enforcement are ignored, unleashed and every single crime committed against our family and our property stays uninvestigated and is covered up by County power.

60.     I am senior citizen who was declined of County protection against torture by power abuse.

61.     County Administrator irresponsible for protection of vulnerable depended adult against torture by various County Departments power abuse and intentional neglect.

62.     Santa Cruz County easily waste taxpayers' money and send it to support **Crestwood facility in Napa County**. My daughter is a victim of the system that use her as an instrument to feed Crestwood employees, who mostly students and internships.

## DISTRICT ATTORNEY:

63.     In purpose of retaliation, willfully and knowingly built up false accusation and attempted to charge my daughter being in officially evaluated gravely disabled condition with two similar fraudulent criminal charges of 148(a). My daughter was claimed missing after was thrown on the street by Public Guardian without care and supervision after being heavily brainwashed and with no disability income, no food stamps and no place to go and was terrorized and victimized by DAO knowingly false accusations for more than two years before finally dropped it.

64.     Allowed false imprisonment of vulnerable teenager's mentality innocent naïve immature developmentally disabled depended adult.

65.     Refused to prosecute County Departments for set up inhuman torture, cruel degrading treatment, violation of human rights, power abuse and intentional neglect of vulnerable depended adult and her mother senior citizen.

66.     Not just one time helped to fabricate false accusations and fraudulent cases against two permanently disabled women in order to retaliate and punish by false imprisonment.

67.     Ignoring hatred spread out by Sheriff Department against two permanently disabled women in order to hide its obvious and outrageous officers misconduct.

## SANTA CRUZ COUNTY SHERIFF DEPARTMENT (SCCSHD):

68.     Its priority is to dismiss and cover up every Deputy misconduct, keep Sheriff's team untouchable, above the law and do not allow any investigations of Deputies misconduct.

69.     Bad deputies have control over good deputies.

70.     Out of questions resistance to set up proper investigations of many complaints of power abuse and intentional neglect of vulnerable depended adult.

### Fails fully diagnosed as gravely disabled

71.     False imprisonment of teenager's mentality person

72.     Isolation from family

73.     Psychiatric degrading treatment

74.     Locked up far away in psychiatric locked facilities

75.     If they diagnosed my daughter with schizophrenia it means that County was the one who drove my daughter to become a schizophrenic. Who can survive such torture against teenager's mentality person?

### Complaint to Fiduciary

76.     It is about conservatorship by the system to legalize cruelty and torture under involuntary psychiatric degrading treatment and my daughter one of the victims of that world class action.

77.     Public Guardian kidnapped my vulnerable depended adult daughter in the secret

conspiracy with bias Judge. I filed for a conservatorship in March 2014, because she got

injured by Traumatic Brain Injury in the road bike accident in July 2010. Fabricators

falsified the case to steal my daughter avoiding required procedure.

78.     It was no substantial evidence at all to lock my daughter up in locked psychiatric

facility, instead of seeking appropriate doctor for evaluation, diagnosis, treatment through

psychology-neurology department.

79.     The term gravely disabled condition was fraudulently used to allow Public

Guardian to conserve my daughter initially away from her family and do whatever they

want to.

80.     It was a pathological lie after lie created in the name of gravely disabled condition

to turn my daughter into system slave and trade her away from her family for their

paycheck.

81.     It was intentionally planned and facility in the different County Napa was

contracted by Santa Cruz County to heavily brainwash my daughter by psychiatric

degrading treatment away from her family, so we do not know what they are doing to our

daughter. It was not done for her well-being and safety and or family peace and quiet.

82.     My daughter became a hostage of the Mental Health system. Not just one time the

system repeatedly tortured my daughter by false imprisonment in jail to treat her gravely

disabled condition, because of my complaints.

83.     The hatred was spread out against me to block me from help to free my daughter

from cruel and dangerous system.

84.     Slander, harassment, terror, character assassination, and targeting was followed me ever since they stole my daughter and I began to fight for her life, well-being and safety.

85.     The system used HIPAA law to isolate my daughter from her family and from normal society and keep their degrading her treatment in the dark.

86.     Public Guardian knowingly and willfully violated Rules, Regulations and Law for obtaining conservatorship.

87.     Refused to notify about the hearing for conservatorship.

88.     Refused to provide letters of conservatorship, notice for conservator duty and notice for conservatee rights, instead using psychologist to corrupt her mind to do things against her own well-being, help them to cover up their violations and keep her scared of them.

89.     Pressured her to revoke her authorization for me her mother to protect her and isolate her mind to keep belong to them.

90.     Cancelled all natural remedies medical appointments for her injures and pain and continue to over drug her by psychiatric medication.

91.     They keep her acting stupid, unwise, and damaging herself in many ways.

92.     Extremely dangerous group of criminals, monsters in human bodies.

93.     Obstruct Justice by their power and tricks.

94.     Assassinate my character and build up false accusations to prevent me to get help.

95.     Prevent me to socialize with my daughter and negatively influence her against her well-being and safety.

96.     Sanctuary for my daughter and me and referral to US Attorney General for

investigation of inhuman torture and degrading treatment.



97.     It is about abusive conservatorship by the Public Guardian to legalize cruelty and

torture under involuntary psychiatric degrading treatment and my daughter one of the

victims of that world class action.

98.     Public Guardian kidnapped my vulnerable depended adult daughter in the secret

conspiracy with bias Judge. I filed for a conservatorship in March 2014, because she got

injured by Traumatic Brain Injury in the road bike accident in July 2010. Fabricators

falsified the case avoiding required procedure and stole my daughter.

99.     It was no substantial evidence at all to lock my daughter up in locked psychiatric

facility, instead of seeking appropriate doctor for evaluation, diagnosis, treatment through

psychology-neurology department.

100.    The term gravely disabled condition was fraudulently used to allow Public Guardian to conserve my daughter initially away from her family and do whatever they want to.

101.    It was a pathological lie after lie created in the name of gravely disabled condition to turn my daughter into system slave and trade her away from her family for their paycheck.

102.    It was intentionally planned and facility in the different County Napa was contracted by Santa Cruz County to heavily brainwash my daughter by psychiatric degrading treatment away from her family, so we do not know what they are doing to our daughter. It was not done for her well-being and safety and or family peace and quiet.

103.    My daughter became a hostage of the Mental Health system. Not just one time the system repeatedly tortured my daughter by false imprisonment in jail to treat her gravely disabled condition, because of my complaints.

104.    The hatred was spread out against me to block me from help to free my daughter from cruel and dangerous system.

105.    Slander, harassment, terror, character assassination, and targeting was followed me ever since they stole my daughter and I began to fight for her life, well-being and safety.

106.    The system used HIPAA law to isolate my daughter from her family and from normal society and keep their degrading her treatment in the dark.

107.    Public Guardian knowlegably and willfully violated Rules, Regulations and Law for obtaining conservatorship.

108.    Refused to notify about the hearing for conservatorship.

109.     Refused to provide letters of conservatorship, notice for conservator duty and notice for conservatee rights, instead using psychologist to corrupt her mind to do things against her own well-being, help them to cover up their violations and keep her scared of them.

110.     Pressured my vulnerable daughter to revoke her authorization for me her mother to protect her and isolate her mind to keep belong to them.

111.     Cancelled all natural remedies medical appointments for her injures and pain and continue to over drug her by psychiatric medication.

112.     They keep her acting stupid, unwise, and damaging herself in many ways.

113.     Extremely dangerous group of criminals, monsters in human bodies.

114.     Constantly raise their out of law power by tricks.

115.     Assassinate my character and build up false accusations to prevent me to get help.

116.     Prevent me to socialize with my daughter and negatively influence her against her well-being and safety.

## **LEGAL CLAIMS**

117.     CHAPTER IV, HUMAN RIGHTS, Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment New York, 10 December 1984

The Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (the "Torture Convention") was adopted by the General Assembly of the United Nations on 10 December 1984 (resolution 39/46). The Convention entered into force on 26 June 1987 after it had been ratified by 20 States.

118.     42 U.S. Code § 9501 - Bill of Rights

119.       18 U.S. Code § 1035 - False statements relating to health care matters

120.       18 U.S. Code Chapter 113C

121.       18 U.S. Code § 2340

122.       42 U.S. Code § 1983

123.       42 U.S. Code § 1985


## PRAYER FOR RELIEF

I am requesting sanctuary for my daughter and me and referral for my complaint to US Attorney

General for investigation of inhuman torture and degrading treatment.  Thank you.


Dated: 06/05/2018              Name: Ludmila Boiko


                               Signature: _____

                               Phone: 831-325-6402


## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all issues.


Dated: 06/05/2018              Name: Ludmila Boiko


                               Signature: _____

                               Phone: 831-325-6402


-23-